■ LOUIS FAGIANI, Appellant, v BENDERSON DEVELOPMENT COMPANY, INC., Respondent. [705 NYS2d 919] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied plaintiff's motion for partial summary judgment under Labor Law § 240 (1). Plaintiff failed to meet his

initial burden of establishing as a matter of law the manner in which the accident occurred (*see, Abramo v Pepsi-Cola Buffalo Bottling Co.*, 224 AD2d 980, 981) and the proximate cause of his injuries (*see, Weininger v Hagedorn & Co.*, 91 NY2d 958, 960, *rearg denied* 92 NY2d 875; *Jackson v Solvay Free Union School Dist.*, 256 AD2d 1150). (Appeal from Order of Supreme Court, Niagara County, Joslin, J.—Summary Judgment.) Present—Green, J. P., Pine, Scudder and Lawton, JJ.